IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID RUPERT                                                                                           PLAINTIFF

Vs                            CASE NO.: 4:07CV00794 BSM

CAMERON MUTUAL INSURANCE COMPANY                                    DEFENDANT

ORDER OF DISMISSAL

Upon the parties' representation that a settlement has been reached, the court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint in this action be, and it is, hereby dismissed with prejudice.

If the parties wish the court to be available to enforce the terms of the settlement agreement, they are directed to reduce it to writing and file same with the court within 60 days from the date of this order. The court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE